UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM B. HELLER,

                              Plaintiff,

           v.

BEDFORD CENTRAL SCHOOL DISTRICT, DR.
JERE HOCHMAN, TOWN OF POUND RIDGE,
DAVID RYAN, WESTCHESTER MEDICAL CENTER,
SUSAN KEMKER, M.D., and ALEXANDER LERMAN,
M.D.,

                              Defendants.

15-CV-00705 (KMK)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE, that the undersigned attorney and firm appear as counsel for Defendants Bedford Central School District and Dr. Jere Hochman in the above-captioned civil action.  I am duly admitted to practice before this Court.

Dated: March 31, 2015
       New York, New York

                              BOND, SCHOENECK & KING, PLLC

        By:      /s
              Barbara V. Cusumano (BC-7561)
              Attorneys for Defendants
              600 Third Avenue, 22nd Floor
              New York City, NY 10016
              T:    (646) 253-2331
              F:    (646) 253-2301
              E:    cusumab@bsk.com